## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 3:23-CV-23351-ZNQ-JBD

Plaintiff:
**GUENEVIRRE SMITH**

vs.

Defendant:
**TD BANK, N.A., ET AL**

For:
Sanders Law Group
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553

Received by Accredited Process Service, LLC to be served on **TD BANK, N.A., 1701 70 East, Cherry Hill, NJ 08034.**

I, Douglas Bramble, being duly sworn, depose and say that on the **5th day of January, 2024** at **9:40 am,** I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS; COMPLAINT JURY TRIAL DEMAND** with the date and hour of service endorsed thereon by me, to: **Roseann Moffa** as **CSR** at the address of: **1701 70 East, Cherry Hill, NJ 08034**, who stated they are authorized to accept service for **TD BANK, N.A.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5' 3, Weight: 150, Hair: Lt Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 7 day of January, 2024 by the affiant who is personally known to me.

_Priscilla J Bramble_
NOTARY PUBLIC

**Douglas Bramble**
Process Server

Accredited Process Service, LLC
716 Newman Spring Rd, Ste 184
Lincroft, NJ 07738
(732) 444-2432

Our Job Serial Number: SPH-2024000009

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2u